

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2014

No. 04-14-00258-CV

**IN RE: A PURPORTED LIEN OR CLAIM AGAINST HELVETIA ASSET RECOVERY INC.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18394
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The District Clerk's notification of late record is hereby NOTED. The clerk's record is due on or before June 6, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2014.

_____
Keith E. Hottle
Clerk of Court